CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Plaintiff, *v.* DIRECTORATE GENERAL OF POSTAL REMITTANCES & SAVINGS BANK et al., Appellants; T. Y. Ho et al., Respondents, et al., Defendants.

Submitted November 26, 1951; decided January 17, 1952.

*Martin Popper* for motion.

*Harold Riegelman, H. H. Nordlinger* and *Simon J. Hauser* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the action within the meaning of the Constitution.